UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV521 JCH |
| | ) | |
| JEFF HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

  This matter is before the Court upon its review of the file. On April 20, 2005, Plaintiff filed a Notice of Settlement and Request for Abatement as to Defendant Jeff Harrison (Doc. 15) requesting that its claims against Defendant be abated until September 11, 2005. The Court denied this request and ordered counsel to file a stipulation for dismissal, a motion for leave to voluntarily dismiss or a proposed consent judgment by June 5, 2005 (Doc. 16). On June 6, 2005, Plaintiff requested an extension of time until August 5, 2005 to file such papers (Doc. 17). In an Order entered June 13, 2005, the Court granted Plaintiff until July 5, 2005 to file settlement papers. To date, no papers have been filed. The Court will therefore dismiss Plaintiff's Complaint without prejudice.

  In accordance with the foregoing,

  **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice. A separate Order of Dismissal shall accompany this Order.

Dated this 8th day of July, 2005.

            /s/ Jean C. Hamilton
            UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com